**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 10-2151**

———————————

EUGENE W. SANTOS,

        Plaintiff – Appellant,

    v.

RAY MABUS, Secretary of the Navy,

        Defendant – Appellee.

———————————

**No. 11-1488**

———————————

EUGENE W. SANTOS,

        Plaintiff – Appellant,

    v.

RAY MABUS, Secretary of the Navy,

        Defendant – Appellee.

———————————

Appeals from the United States District Court for the District of South Carolina, at Charleston. David C. Norton, Chief District Judge. (2:08-cv-03994-DCN)

———————————

Submitted: September 14, 2011    Decided: September 16, 2011

———————————

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

―――――――――

Christopher R. Pudelski, LAW OFFICES OF CHRISTOPHER R. PUDELSKI, Washington, D.C., for Appellant.  William N. Nettles, United States Attorney, Terri Hearn Bailey, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Eugene Santos appeals the district court's orders granting summary judgment in favor of the Secretary of the Navy on Santos's employment discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2006), and granting the Secretary's motion to supplement the record. We have reviewed the record and find that the district court did not commit reversible error. Accordingly, we affirm the district court's orders. <u>See</u> <u>Santos v. Winter</u>, No. 2:08-cv-03994-DCN (D.S.C. Sept. 21, 2010 & May 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>